IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

PARESHKUMAR MAHESHKUMAR PATEL  \*
and POONAM GAJENDRA SOLANKI     \*
PATEL,                          \*
                                \*
    Plaintiffs,                 \*      CV 624-060
                                \*
        v.                      \*
                                \*
UR JADDOU, Director for USCIS   \*
and the UNITED STATES,          \*
                                \*
    Defendants.                 \*

O R D E R

Before the Court is the Parties' motion for dismissal without prejudice.  (Doc. 4.)  Defendants have not filed an answer or motion for summary judgment.  Thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE**.  The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case.  Each party shall bear its own costs and fees unless otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this 3rd day of January, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA